IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


UNITED STATES OF AMERICA

v.                                                              CASE NO.: 4:10cr71-SPM

SAMMY LAMY
    a/k/a "Sinmy Lamy"

                    Defendant.
_____/


**ACCEPTANCE OF GUILTY PLEA**

        Pursuant to the Report and Recommendation of the United States

Magistrate Judge, to which there have been no timely objections, and subject to

the Court's consideration of any Plea Agreement pursuant to Fed. R. Crim. P.

11(e)(2), the plea of guilty of the defendant, SAMMY LAMY, to Count Two of the

indictment is hereby **ACCEPTED**.  All parties shall appear before this Court for

sentencing as directed.

        DONE AND ORDERED this 18th day of February, 2011.


                                        *s/ Stephan P. Mickle*
                                        Stephan P. Mickle
                                        Chief United States District Judge